IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISSY PARSONS,

    Defendant.

Case No. 3:19cr138(1)

JUDGE WALTER H. RICE

ORDER GRANTING DEFENDANT FURLOUGH FOR
LIMITED PURPOSE

It is the order of this Court that Defendant be furloughed from the Miami County Jail at noon on Wednesday, October 16, 2019 to be transported by her mother, Betty Canter, whose phone number is 740-357-5665, to be with her family, in care of her mother, Betty Canter, and to attend the visitation of her father, Lewis Parsons. The visitation of Lewis Parsons will take place on Thursday, October 17, 2019 from 12:30 p.m. to 1:00 p.m. at Melcher Funeral Home, 1417 Offnere Street, Portsmouth, Ohio 45662. Betty Canter shall then to return Chrissy Parsons to the Miami County Jail, not later than 4:00 p.m. on Friday, October 18, 2019. It is the request of this Court that the personnel at the Miami County Jail do all in their power to facilitate the carrying out of this Order.

October 15, 2019

                                              WALTER H. RICE
                                              UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
U.S. Marshal Office
Miami County Jail

-1-